# United States Bankruptcy Court
### Northern District of Georgia
1340 U.S. COURTHOUSE
75 TED TURNER DRIVE S.W.
ATLANTA, GEORGIA 30303

M. REGINA THOMAS  
CLERK OF COURT

FRED CHILDERS  
CHIEF DEPUTY CLERK

April 28, 2021

Kimberly Crowley  
826 Johnson Road  
Lawrenceville, GA 30044

    Re: Petition for Unclaimed Funds  
    Case No. 15-58481 – Kimberly Marie Crowley

Dear Ms. Crowley:

Reference is made to your Petition for Payment of Unclaimed Funds in the amount of $7,848.85. To complete the processing of this application, the Petition must be Amended to include the Debtor(s) name in the caption of the Petition. The Amended Petition must be notarized and served to the appropriate parties.

Please visit our website at www.ganb.uscourts.gov and select Court Information, Unclaimed Funds to view the Pro Se Instructions. Once the Amended Petition has been received, the processing of this application can continue.

Please contact Carrie Ramirez, Financial Specialist, at (404) 215-1142, for further assistance.

Sincerely,

Carrie Ramirez  
Financial Specialist